IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CENTRAK, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 19-1093 (RGA) ) |
| SONITOR TECHNOLOGIES, INC., | ) ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL**

The Court, having considered the issues raised in Defendant Sonitor Technologies, Inc.'s letter of June 3, 2021 and Plaintiff CenTrak, Inc.'s letter in response thereto,

IT IS HEREBY ORDERED THAT:

1. Sonitor's Motion to Compel is GRANTED;

2. CenTrak is ordered to abide by its ESI Proposal of January 15, 2021 in full. Specifically:

   a. CenTrak shall collect and search the computers/servers storing documents from the following current or former CenTrak employees: (1) Ari Naim; (2) Israel Amir; (3) Karuppiah Annamalai; (4) Wil Lukens; (5) Steven Bollinger; (6) Adam Peck; and (7) Roby Peeters;

   b. For custodians (1) – (6) identified in paragraph 2(a) above, CenTrak shall use the search terms identified in its January 15, 2021 ESI proposal;

   c. For custodian (7) identified in paragraph 2(a) above, CenTrak shall use the search term "sonitor" only; and

   d. The date range of CenTrak's collection and search shall begin from the period of 6 years prior to the filing of the complaint (*i.e.,* June 2013).

SO ORDERED this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE